**MINUTE ENTRY**
**DUVAL, J.**
**JANUARY 16, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO: ALL DREDGING LIMITATION ACTIONS<br>06-8676; 06-8884; 06-8888; 06-8890; 06-8891; 06-8922; 06-8967;<br>06-9075; 06-9223 | NO. 06-8676<br><br>SECTION "K"(2) |

**MOTION to dismiss pursuant to 12(b)(1) and 12(c) by Great Lakes Dredge & Dock Co., Mike Hooks, Inc., T.L. James & Co., Inc., TLJIC, LLC, Manson Construction Co., Luhr Bros. Inc. King Fisher Marine Service LP, Pine Bluff Sand & Gravel Co & Weeks Marine Inc., filed 9/17/07, doc. 128.**

**CASE MANAGER: SHEENA DEMAS**
**COURT REPORTER: TONI TUSA**

**APPEARANCES:** James Roussel, Nyka Scott, Bill Ferrauti, Camilo Salas, III, Joseph Bruno, Jerry Meunier, Calvin Fayard, Daniel Becnel, Ronnie Penton, Gerald Meunier, Stephen Murray, Jr., Stephen Murray, Sr., Hugh Lambert, George Gilly, Evans Martin McLeod, Andre Mouledoux, Gordon Grant, Emma MeKinda, William Larzelere, Jr., Francis Barry, Jr. & Darlene Jacobs

Court begins at 10:38 a.m. Case called; all present and ready.
Oral argument by parties.
Claimants' put Sketches and Dredging Research paper on ELMO during argument (see envelope with Case Manager).
This matter is SUBMITTED.
Court adjourned at 11:29 a.m.

JS-10 (:51)