UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: DREDGING LIMITATION ACTIONS  CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 06-8676

PERTAINS TO:  SECTION "K"(2)
Motion to Disqualify Presiding Judge (Doc. 198)

### ORDER

For the reasons assigned in open Court this day,

**IT IS ORDERED** that the Motion to Disqualify Presiding Judge (Doc. 198) is **DENIED**.

New Orleans, Louisiana, this 8th day of August, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE